# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

Dumas et al
       Plaintiffs

CA No. 1:12-cv-10665-PBS

v.

GMAC Mortgage, LLC
       Defendant

**SARIS, D.J.:**

## ORDER OF ADMINISTRATIVE STAY/CLOSING

It is hereby ordered that the above entitled case is stayed/closed administratively pending the resolution of the bankruptcy proceedings. To avoid the necessity of counsel appearing at periodic status conferences, it is hereby **ORDERED**:

The above-entitled action is hereby stayed/closed administratively without prejudice to the right of any party to restore it to the active docket.

Dated: May 21, 2012                       /s/ Jennifer Anderson
                                                                                             Deputy Clerk